## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **CARRIE RAVER,** | ) | CASE NO. 2:08-cv-01033 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | JUDGE ALGENON L. MARBLEY |
| v. | ) | |
| | ) | MAGISTRATE JUDGE MARK R. ABEL |
| **TARGET CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

___

### STIPULATION OF DISMISSAL WITH PREJUDICE
___

IT IS HEREBY STIPULATED AND AGREED by and among the parties, that the above-captioned action be dismissed in its entirety, with prejudice with each party to pay its own costs and fees.

SO STIPULATED AND AGREED.

| | |
|---|---|
| /s/ *Kendall D. Isaac* | /s/ *Ellen Toth* |
| Kendall D. Isaac, Esq. (0079849) | Ellen Toth (0056176) |
| THE ISAAC FIRM, L.L.C. | Sara E. Hutchins (0076289) |
| 341 S. 3rd Street , Ste 10 | 4130 Key Tower |
| Columbus, OH  43215 | 127 Public Square |
| Ph: (614) 755-6540 | Cleveland, OH 44114 |
| Fax: (614) 221-6740 | Ph: (216) 241-6100 |
| Email: *Kendall@theisaacfirm.com* | Fax: (216) 357-4733 |
| | *Ellen.Toth@OgletreeDeakins.com* |
| *Attorney for Plaintiff* | *Sara.Hutchins@OgletreeDeakins.com* |
| | |
| | *Attorneys for Defendant Target Corporation* |

**IT IS SO ORDERED.**

_____
Algernon L. Marbley
United States District Court Judge